# In the United States District Court
# for the Southern District of Georgia
# Brunswick Division

| | |
|---|---|
| ANTHONY DAVILLA, | * |
| Plaintiff, | * CIVIL ACTION NO.: 2:15-cv-171 |
| v. | * |
| HARRELL WATTS; RAYMOND E. HOLT; D. EDGE; JOHN V. FLOURNOY; KEN HARRIS, JR.; and SAM KIRCHOFF, | * |
| Defendants. | * |

## ORDER

Presently before the Court are Plaintiff Anthony Davilla's ("Davilla") Objections to the Magistrate Judge's Report and Recommendation dated April 28, 2016. Dkt. No. 7. In his Objections, Davilla objects solely to the Magistrate Judge's Recommendation that the Court deny his request for a preliminary injunction.[1] Id. at p. 1. However, Davilla fails to set forth any assertion showing that he is entitled to the requested relief. Specifically, Davilla's assertion that the Court has previously granted other plaintiffs preliminary injunctive relief fails to adequately respond to the Magistrate Judge's

---

[1] Davilla states that he wishes to preserve his challenge of the Court's dismissal of his claims for monetary damages for appellate review. Dkt. No. 7, p. 1.

finding that Davilla has not shown a likelihood of success on the merits of his claims.

Accordingly, Davilla's Objections are **OVERRULED**. The Court **CONCURS** with and **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court. Plaintiff's claims for monetary damages against Defendants in their official capacities, <u>Bivens</u> claims for punitive and compensatory damages, RFRA claims for monetary damages, and Eighth Amendment claims are **DISMISSED**. In addition, Plaintiff's request for preliminary injunctive relief is **DENIED**. However, Plaintiff's <u>Bivens</u> claims under the Religious Freedom Restoration Act ("RFRA") against Defendants Harrell Watts, Raymond E. Holt, D. Edge, John V. Flournoy, Ken Harris, and ~~Sam~~ Kirchoff remain pending.

**SO ORDERED**, this 17 day of June, 2016.

_____
LISA GODBEY WOOD, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA