# In the United States District Court
# for the Southern District of Georgia
# Brunswick Division

ANTHONY DAVILA,

    Plaintiff,

v.

HARRELL WATTS; RAYMOND E. HOLT; D. EDGE; JOHN V. FLOURNOY, Warden; KEN HARRIS, JR.; and SAM KIRCHOFF;

    Defendants.

No. 2:15-CV-171

## ORDER

Before the Court is Plaintiff Anthony Davila's Motion to Voluntarily Dismiss the Case. Dkt. No. 41. Defendants consented to dismissal, reserving their right to seek costs for defending this action in the event Davila files a new action asserting similar claims. Dkt. No. 42 (citing Fed. R. Civ. P. 41(d)). The Court **GRANTS** Davila's motion. See Fed. R. Civ. P. 41(a)(2). The Clerk is **DIRECTED** to enter the appropriate judgment of dismissal and close this case. All pending motions in this case are hereby **DENIED as moot.**

**SO ORDERED**, this 22nd day of February, 2017.

_/s/ Lisa Godbey Wood_
LISA GODBEY WOOD, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA